UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SUSAN M. GRIFFIN,

                Plaintiff,

     v.                                         5:04-CV-1203

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATOR,

                Defendant.
_____

APPEARANCES:                           OF COUNSEL:

LEGAL SERVICES OF CENTRAL       CHRISTOPHER CADIN, ESQ.
 NEW YORK - SYRACUSE
Attorneys for Plaintiff

GLENN T. SUDDABY                WILLIAM H. PEASE
United States Attorney for the         Assistant U.S. Attorney
 Northern District of New York
Attorney for Defendant

NORMAN A. MORDUE, DISTRICT JUDGE

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Gustave J. DiBianco, duly filed on the 14th day of February, 2006. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     ORDERED, that:

     1. The Report-Recommendation is hereby approved.

2. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: March 7, 2006
       Syracuse, New York

*/s/ Norman A. Mordue*
Norman A. Mordue
U.S. District Judge